Alvaro Martinez, Martinez Law Office, Midland, TX, for Defendant–Appellant.

Before SMITH, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Iry James Williams presents arguments that he concedes are foreclosed. *See United States v. De Leon*, 170 F.3d 494, 499 (5th Cir.1999) (rejecting Commerce Clause challenge to felon-in-possession-of-a-firearm statute, 18 U.S.C. § 922(g)); *United States v. Rawls*, 85 F.3d 240, 242 (5th Cir.1996) (same). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Raul CRUZ–VARGAS, also known as
Raul Cruz, Defendant–Appellant.**

**No. 09–20367
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 20, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Rosa Alexander Eliades, Eliades Law PLLC, Houston, TX, for Defendant–Appellant.

---

508

Before SMITH, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Raul Cruz–Vargas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Cruz–Vargas has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

